# United States Bankruptcy Court
# Central District Of California

**21041 Burbank Blvd, Woodland Hills, CA 91367-6603**

## NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
Ebrahim Bagheri

**BANKRUPTCY NO.** 1:10–bk–25981–MT

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–7521
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 4/19/11

**Address:**
3435 Stoneridge Ct
Calabasas, CA 91302

You are notified that an order was entered **DISMISSING** the above–captioned case and vacating the discharge if previously entered.

Dated: April 19, 2011

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form ntcdsm Rev. 03/09) VAN–24                                                **24 / HCG**